ER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO.IV):        Civil Action No. MDL 875

This Document Relates to:



FILED
MAR - 3 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

UNITED STATES DISTRICT COURT
IN AND FOR THE FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

Donald McDonald and Ester McDonald

v.                                    *   Civil Action No. 400-CV-769A   07-69407

A.P. Green Industries, Inc., et al.

### MOTION FOR PARTIAL DISMISSAL AND ORDER TO TRANSFER TO "BANKRUPT'S ONLY" DOCKET

Plaintiff hereby submits to the Court, in accordance with this Court's Administrative Order No. 12, that the remaining claims in this action are against bankrupt and non-bankrupt defendants. Plaintiff desires to dismiss with prejudice all claims against the remaining non-bankrupt defendants and pursue those claims remaining against the bankrupt defendants through the bankruptcy only docket.

The remaining non-bankrupt defendants to be dismissed with prejudice are:

Owens-Illinois, Inc.
General Electric Company
Westinghouse Electric Corporation
Metropolitan Life Insurance Company
Garlock, Inc.
Georgia Pacific Corporation

Plaintiff therefore moves that, following the dismissal of the non-bankrupt defendants, this action be transferred to the Court's administrative "Bankrupt's Only" docket. The Plaintiff understands that should there be a change of circumstances, the Plaintiff may petition the Court to have this action reinstated against certain bankrupt defendants.



Plaintiff further understands that it is Plaintiff's responsibility to submit a final dismissal order to this court when all claims have been resolved.

SO ORDERED this 24 day of Feb, 2008. 9

~~Judge James T. Giles~~
Philadelphia, Pennslyvania

Eduardo C. Robreno

SUBMITTED BY:

Anne McGinness Kearse, Esq.
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Phone: 843-216-9000

ENTERED
MAR 04 2009
CLERK OF COURT